FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 13, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DOMINGO VALDOVINOS,<br><br>　　　　　　　Defendant. | NO: 2:14-CR-0134-TOR<br><br>ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION |

BEFORE THE COURT is Defendant's Motion for Reconsideration. ECF No. 551.  The matter was submitted for consideration without oral argument.  The Court has reviewed the motion and the file therein and is fully informed.

Defendant still cites no binding authority for this Court to order a former lawyer to submit the case file to the Defendant.

ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION ~ 1

1  **IT IS HEREBY ORDERED**:

2  Defendant's Motion for Reconsideration, ECF No. 551, is DENIED.

3  The District Court Executive is hereby directed to enter this Order and

4  furnish a copy to Defendant.

5  **DATED June 13, 2025**.

6
7  THOMAS O. RICE
   United States District Judge